R. O. BROWNELL, RECEIVER, APPELLEE, V. ROSCOE E. SCHINDEL, APPELLANT.

FILED NOVEMBER 22, 1929. No. 26878.

*A. H. Murdock, J. E. Bednar* and *Perry Wheeler,* for appellant.

*Gaines, McGilton, Van Orsdel* and *Gaines, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an action brought by plaintiff as receiver of the Security State Bank of Omaha to recover on the alleged double liability of defendant as a stockholder in the insolvent bank. The trial court directed a verdict in favor of plaintiff. Defendant has appealed.

We have carefully considered the record and find the same to be without prejudicial error. The judgment of the district court is therefore

AFFIRMED.